IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

CHRISTOPHER SHEPLER,

             Plaintiff,                        ORDER

     v.                                    14-cv-385-wmc

DODGE PRISON, *et al.*,

             Defendants.

---

     State inmate Christopher Shepler filed a proposed civil action pursuant to 42 U.S.C. § 1983, concerning the conditions of his confinement while housed at the Dodge Correctional Institution. On June 3, 2014, the court ordered Shepler to submit a certified copy of his account statement for the six-month period immediately preceding the filing of the complaint in compliance with the federal *in forma pauperis statute* and the Prison Litigation Reform Act ("PLRA"), 28 U.S.C. § 1915(b)(1). (Dkt. # 3). On June 27, 2014, Shepler was granted an extension of time to submit the trust fund account statement, after he failed to comply with the court's June 3 order. (Dkt. # 5). Shepler was advised that the court would dismiss his lawsuit without further notice if he failed to comply as directed by July 21, 2014.

     To date, Shepler has failed to comply as directed by submitting a certified copy of his trust fund account statement as required by the PLRA. Accordingly, under the inherent power necessarily vested in a court to manage its own docket, the complaint will

be dismissed without prejudice for want of prosecution. See FED. R. CIV. P. 41(a); *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-31 (1962); *Ohio River Co. v. Carrillo*, 754 F.2d 236, 238 n.5 (7th Cir. 1984).

ORDER

IT IS ORDERED that:

1. The complaint filed by plaintiff Christopher Shepler is DISMISSED without prejudice pursuant to Fed. R. Civ. P. 41(a). The clerk's office shall terminate all pending motions and close this case.

2. Shepler may seek leave to re-open this case *only* if he submits a six-month trust fund account statement within ten days. Otherwise, Shepler must re-file his complaint as a new case.

Entered this 30th day of July, 2014.

BY THE COURT:

/s/
_____
WILLIAM M. CONLEY
District Judge